UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SANTANGELO SANCHEZ STEVENS                               PLAINTIFF

VERSUS                                   CIVIL ACTION NO. 1:08CV213-RHW

KEN BROADUS                                             DEFENDANT

**FINAL JUDGMENT**

In accordance with the requirement for the filing of a separate document pursuant to Federal Rule of Civil Procedure 58(a), and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.

IT IS THEREFORE ORDERED AND ADJUDGED that Defendant's [24] Motion to Dismiss is GRANTED, and that the Plaintiff's claims against the Defendant is DISMISSED without prejudice.

SO ORDERED, this the 23rd day of March, 2010.

                                                              s/ *Robert H. Walker*
                                                              UNITED STATES MAGISTRATE JUDGE